Van Ingen & Company, and as so modified affirmed, with costs to the defendants other than Clarence F. Lee, as supervisor of the town of Inlet, Hamilton county, N. Y., and B. J. Van Ingen & Company. Hill, P. J., McNamee, Bliss and Heffernan, JJ., concur; Rhodes, J., votes to modify the judgment in accordance with an opinion which, at his request, is not to be published because not of general interest.

In the Matter of the Application of ROBERT G. FUREY, as Administrator, etc., of MARY McKAY, Late of New York County, Deceased, Appellant, against MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, and Another, Respondents.— Order affirmed, with costs. Rhodes, Bliss and Crapser, JJ., concur; Hill, P. J., and Heffernan, J., dissent, and vote to reverse and to grant the order directing the Comptroller to make a refund. [148 Misc. 785.]

ALBERT M. BOISVERT, Appellant, v. JAMES J. CREECH, Respondent.— Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THOMAS F. FAHEY, Respondent, v. THOMAS P. B. KENNEDY and Another, Doing Business under the Firm Name and Style of KENNEDY BROTHERS, and Also under the Name of KENNEDY GARAGE, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

R. B. WING & SON CORPORATION, Plaintiff, v. GEORGE W. BAME, Defendant. R. B. WING & SON CORPORATION, Plaintiff, v. JESSE SNYDER, Defendant.— Judgments and orders unanimously affirmed, with costs to the plaintiff in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MINERVA BROWN, Respondent, v. PARAMOUNT PUBLIX CORPORATION, Appellant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant to answer within twenty days from the service of a copy of the order to be entered hereon. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents and votes for leave to appeal to the Court of Appeals, on the ground that the question is novel, as stated in the prevailing opinion [240 App. Div. 520], and on the grounds stated in the dissenting opinion [Id. p. 523].

PICTORIAL REVIEW COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

WILLIAM PRIME, an Infant, by LEO P. PRIME, Guardian ad Litem, Appellant, v. BOARD OF EDUCATION, VILLAGE OF ELIZABETHTOWN, Respondent. LEO P. PRIME, Appellant, v. BOARD OF EDUCATION, VILLAGE OF ELIZABETHTOWN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

HEWIT PHARMACIES, INC., Appellant, v. ÆTNA LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE C. MASON, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.